No. 72–1738. ROSEN *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lewis* v. *City of New Orleans,* 415 U. S. 130 (1974). [For dissenting opinion of MR. JUSTICE DOUGLAS, see *infra,* this page.]